IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HELEN JOYCE TURNER,

      Plaintiff,

v.                                                                       4:06cv156-WS

BEVERLY JONES,
BILL LAMAR,
ED B. RUST, JR.,
STATE FARM INSURANCE COMPANY,

      Defendants.
      Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation (doc. 9) docketed October 17, 2006.  The magistrate judge recommends that the plaintiff's amended complaint be dismissed for failure to state a claim.  The plaintiff has filed objections (doc. 10) to the report and recommendation.

      Upon review of the record in light of the plaintiff's objections, the court has determined that the report and recommendation should be adopted.

      Accordingly, it is ORDERED:

      1.  The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order.

2. The plaintiff's amended complaint (doc. 7) is DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this   24th   day of   October  , 2006.


                                             s/ William Stafford
                                             WILLIAM STAFFORD
                                             SENIOR UNITED STATES DISTRICT JUDGE